J. Feinberg, Appellant, vs. Harry Feder and Gustav Feder, partners under firm name and style of H. & G. Feder, Samuel Meinhard, Isaac Meinhard, Henry Meinhard and E. A. Weil, partners under the firm name and style of Meinhard Brothers and Company, Jacob Einstein and J. C. Anderson, Sheriff of Orange county, Florida, Appellees.

Appeal from Circuit Court, Orange county; John D. Broome, Judge.

W. L. Peeler and W. R. Anno, for Appellant.

Beggs & Palmer, for Appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants, and the complainant appeals. The decree is affirmed.

Decision Per Curiam.